66 A.3d 1267

IN THE MATTER OF BRUCE K. WARREN, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 018772002).

June 6, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–360, concluding that **BRUCE K. WARREN, JR.,** of **WOODBURY,** who was admitted to the bar of this State in 2002, should be reprimanded for violating *RPC* 1.7(a)(2) (concurrent conflict of interest) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **BRUCE K. WARREN, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a Permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.